**Order entered January 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01443-CV

**BABY DOLLS TOPLESS SALOONS, INC. AND BURCH MANAGEMENT COMPANY, INC., Appellants**

**V.**

**GILBERT SOTERO, AS THE REPRESENTATIVE OF THE ESTATE OF STEPHANIE SOTERO HERNANDEZ, AND EDUVIGES CHAPA III AS NEXT FRIEND OF A.C.C., A MINOR, Appellees**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-00644**

## ORDER

Before the Court is appellees' January 22, 2020 unopposed motion for a fourteen-day extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 7, 2020.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE